## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:    18-17971 |
| Tyler C Edwards | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | Kane |
| | ) | |
| Debtor(s) | ) | |

### ORDER MODIFYING THE PLAN POST-CONFIRMATION

THIS MATTER coming to be heard on the DEBTOR'S MOTION TO MODIFY, the Court having jurisdiction, and due notice having been given to all parties in interest,

IT IS HEREBY ORDERED THAT:

1. The Debtor's plan is modified post-confirmation by increasing the plan payment to $415 a month, beginning April 2019 until the end of the plan and by deferring the current trustee default to the end of the plan.

2. The plan base shall remain the same.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated:  May 03, 2019

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates, Ltd,
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600